

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2017

No. 04-16-00613-CR

Victor Leonel **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001361 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On October 20, 2016, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the reporter's record had not been filed because appellant: (1) had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee; and (2) had failed to request the record in writing. By order dated October 21, 2016, appellant was ordered to provide written proof to this court by October 31, 2016 that (1) the appellant had requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (2) either (a) the reporter's fee had been paid or arrangements have been made to pay the reporter's fee; or (b) appellant is entitled to appeal without paying the reporter's fee. The order stated that if appellant failed to respond within the time provided, appellant's brief would be due by November 21, 2016, and the court would consider only those issues or points raised in appellant's brief that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not respond to our prior order and did not file his brief. On December 18, 2016, this appeal was abated to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). The trial court found: (1) appellant wanted to prosecute his appeal; (2) appellant is indigent; and (3) sanctions were not appropriate against appellant's attorney. The trial court appointed new appellate counsel to represent appellant.

By order dated January 6, 2017, this appeal was reinstated on the docket of this court, and appellant's newly appointed attorney, Mr. Richard Gonzalez, was ordered to: (1) submit a

written request to the court reporter to prepare the reporter's record for this appeal, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (2) file a copy of the written request in this court no later than January 20, 2017.

Mr. Gonzalez has failed to file the written request, and has also failed to respond to two informal inquiries by a deputy clerk of this court seeking to determine the status of the filing. It is therefore ORDERED that Mr. Gonzalez: (1) submit a written request to the court reporter to prepare the reporter's record for this appeal, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (2) file a copy of the written request in this court no later than January 31, 2017. **If Mr. Gonzalez does not file a copy of the written request for the preparation of the reporter's record in this court by January 31, 2017, this appeal will be abated to the trial court for a second abandonment hearing.** *See* TEX. R. APP. P. 2, 38.8(b). **At the hearing, the trial court will be instructed to consider whether sanctions should be assessed against Mr. Gonzalez for wasting judicial resources**.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2017.

Keith E. Hottle
Clerk of Court